IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) INJUNCTIVE RELIEF SOUGHT |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 23-cv-03906 |
| | ) |
| CHICK-FIL-A, INC. | ) JUDGE CHANG |
| A Foreign BCA, | ) |
| d/b/a CHICK-FIL-A | ) MAGISTRATE JUDGE WEISMAN |
| | ) |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT
TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant CHICK-FIL-A, INC, through their respective attorneys of record, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| | |
|---|---|
| HOWARD COHAN | CHICK-FIL-A, INC. |
| By: /s/ *Marshall J. Burt* | By: */s/ Jade Yee* |
| Marshall J. Burt, Esq. | Jade Yee |
| The Burt Law Group, Ltd. | MORGAN LEWIS & BOCKIUS, LLP |
| 1338 S. Federal St. #L | 110 North Wacker Drive |
| Chicago, IL 60605 | Chicago, IL 60606 |
| 312-854-3833 | (312) 324-1000 |
| Marshall@mjburtlaw.com | jade.yee@morganlewis.com |